UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PRENTICE FARRELL ANDERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:19-CV-281-TAV-HBG |
| LOGAN GIBBSON, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons expressed in the memorandum opinion filed herewith, Defendant's motion for summary judgment [Doc. 34] is **GRANTED**, and this pro se prisoner's complaint is **DISMISSED WITHOUT PREJUDICE**.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT